ELIZABETH A. STRANCE     4715
Corporation Counsel

LAUREEN L. MARTIN     5927
Deputy Corporation Counsel Section Chief
MARK D. DISHER          8987
LERISA L. HEROLDT       7519
Deputies Corporation Counsel
Office of the Corporation Counsel
County of Hawaiʻi
101 Aupuni Street, Suite 325
Hilo, Hawaiʻi 96720
Telephone: (808) 961-8251
Facsimile:  (808) 961-8622
E-mail: mark.disher@hawaiicounty.gov

Attorney for Defendants
COUNTY OF HAWAIʻI,
LUKE WATKINS, PAUL T. ISOTANI,
and LANDON TAKENISHI, in their individual capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ERIN LERETTE, individually and as guardian and next friend of minor child, B.T.B.; and TRISTAN T. BURTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HAWAIʻI; *et. al*.,<br><br>Defendants. | CIVIL NO. 20-00202 JAO-RT<br>(Other Non-Vehicle Tort)<br><br>**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MARK D. DISHER; EXHIBITS A – E; LR7.8 PRE-FILING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>**HEARING MOTION** |

# DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants COUNTY OF HAWAIʻI ("County"), LUKE WATKINS, PAUL T. ISOTANI, and LANDON TAKENISHI, in their individual capacity (collectively, "County Defendants"), by and through its undersigned counsel, hereby move this Honorable Court for judgment on the pleadings.

This motion is made pursuant to Rules 7 and 12(c) of the Federal Rules of Civil Procedure, LR 7.1, LR 7.2 and LR 7.5, the Memorandum in Support of Motion, and declarations and exhibits attached thereto, the records and files of the case herein, and such further and additional matters that may be presented prior to and at the hearing on this Motion, all of which are incorporated by this reference as fully set forth herein.

DATED: Kailua-Kona, Hawaiʻi, February 17, 2023.

/s/ Mark D. Disher
MARK D. DISHER
Deputy Corporation Counsel
Attorney for Defendants