IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ERIN LERETTE, individually and as guardian and next friend of minor child, B.T.B.; and TRISTAN T. BURTON,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HAWAI'I; *et. al.*,<br><br>　　　　　Defendants. | CIVIL NO. 20-00202 JAO-RT<br><br>**DECLARATION OF MARK D. DISHER** |

## **DECLARATION OF MARK D. DISHER**

I, Mark D. Disher, declare under penalty of perjury, that the following is true and correct:

1.　I am an attorney of record for the County of Hawai`i, the Hawai`i County Police Department, Luke Watkins, Paul T. Isotani, and Landon Takenishi, defendants in the above-captioned matter and make this Declaration based on personal knowledge and review of the record.

2.　Exhibit "A" is a true and correct copy of the *Complaint* filed by Plaintiffs on May 3, 2020, in the above-entitled matter and attached for the Court's convenience.

3. Exhibit "B" is a true and correct copy of the *Complaint* filed in Burton, et. al. v. City and County of Hawaii, et. al. Civil No. 1:20-cv-00208-JAO-WRP ("Burton Lawsuit"), filed on May 4, 2020, and attached for the Court's convenience.

4. Exhibit "C" is a true and correct copy of this Court's *Order Granting Defendants Motion for Summary Judgment* filed in the Burton Lawsuit on January 31, 2022, and attached for the Court's convenience.

5. Exhibit "D" is a true and correct copy of the *Judgment in a Civil Case* filed in the Burton Lawsuit on January 31, 2022, and attached for the Court's convenience.

6. Exhibit "E" is a true and correct copy of the *Order* from the United States Court of Appeals for the Ninth Circuit dismissing filed in the Burton Lawsuit on August 17, 2022, and it is attached for the Court's convenience.

Dated: Kailua-Kona, Hawaiʻi, February 17, 2023.

/s/ Mark D. Disher
MARK D. DISHER
Deputy Corporation Counsel
Attorney for Defendants