AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| DONNA JOYCE BURTON, individually and as Personal Representative of the ESTATE OF VINCENT TRAVIS BURTON<br><br>　　　　Plaintiff,<br><br>　　V.<br><br>CITY AND COUNTY OF HAWAII; HAWAII COUNTY POLICE DEPARTMENT; LUKE WATKINS, individually and in his capacity as a Police Officer of the Hawaii County Police Department; PAUL T. ISOTANI, individually and in his capacity as a Police Office of the Hawaii County Police Department; LANDON TAKENISHI, individually and in his capacity as a Police Office of the Hawaii County Police Department; DOE DEFENDANTS 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10<br><br>　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 20-00208 JAO-RT<br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>January 31, 2022<br><br>At 10 o'clock and 55 min a.m.<br>MICHELLE RYNNE, CLERK |

[ ]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

# EXHIBIT D

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants County of Hawaii, Hawaii County Police Department, Officer Luke Watkins, Officer Paul T. Isotani, and Officer Landon Takenishi pursuant to the "Order Granting Defendants County of Hawaii, Hawaii County Police Department, Luke Watkins, Paul T. Isotani, and Landon Takenishi's Motion to Dismiss", ECF No. 29, filed on September 24, 2020 and the "Order Granting Defendants' Motion for Summary Judgment", ECF No. 107, filed on January 31, 2022. It is further ordered that the Clerk shall close this case.

|  |  |
|---|---|
| January 31, 2022 | MICHELLE RYNNE |
| Date | Clerk |
|  | /s/ Michelle Rynne by EA |
|  | (By) Deputy Clerk |