UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 17 2022

MOLLY C DWYER, CLERK
U S COURT OF APPEALS

| | |
|---|---|
| DONNA JOYCE BURTON, individually and as Personal Representative of the Estate of Vincent Travis Burton, Deceased estate Vincent Travis Burton,<br><br>　　　Plaintiff - Appellant,<br><br>　v.<br><br>CITY AND COUNTY OF HAWAII; et al.,<br><br>　　　Defendants - Appellees,<br><br>　and<br><br>HONAKA'A POLICE STATION; et al.,<br><br>　　　Defendants. | No. 22-15329<br><br>D.C. No. 1:20-cv-00208-JAO-RT<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

A review of the docket demonstrates that counsel has failed to file the opening brief in this case.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute. Counsel for appellant is directed to notify his/her client immediately in writing regarding this dismissal.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

**EXHIBIT E**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Debra Rhodes
Deputy Clerk
Ninth Circuit Rule 27-7