IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ERIN LERETTE, individually and as guardian and next friend of minor child, B.T.B.; and TRISTAN T. BURTON,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HAWAI'I; *et. al.*,<br><br>　　　　　Defendants. | CIVIL NO. 20-00202 JAO-RT<br><br>**LR7.8 PRE-FILING CONFERENCE STATEMENT** |

## LR7.8 PRE-FILING CONFERENCE STATEMENT

I, MARK D. DISHER,

State that:

1.This motion is made following the conference of counsel pursuant to LR7.8 which took place on February 10, 2023. The conference occurred via Zoom video teleconferencing between myself, as lead counsel for the Defendants and Paul Smith representing Plaintiffs and lasted approximately 20-30 minutes. Discussed were Plaintiffs' positions regarding: (1) pursuing counts in the complaint that relate claims for damages that only the Estate of Vincent Burton ("Estate"), who they do not represent; (2) the finding that force used in the incident by police

was deemed constitutional in the related case Burton, et. al. v. City and County of Hawaii, et. al. Civil No. 1:20-cv-00208-JAO-WRP ("Burton Lawsuit"), in which the Estate was a party, and that case has since been dismissed; (3) that the loss of consortium claim(s) by Plaintiffs are derivative of the case brought by the Estate; (4) that the due process claims fails as the force used was found to be constitutional; (5) the State law claims fail as such claims require a finding of excessive force; (6) Count X's 42 U.S.C. § 1985 "Conspiracy to interfere with civil rights" claim does not apply to the facts of this case; (7) Count XI fails as the Fifth Amendment does not apply to local law enforcement, there is no constitutional right to an accurate police report, and based on the facts alleged in Plaintiffs' Complaint, Vincent Burton received timely medical treatment; (8) Count XII's spoliation claim fails as Hawaiʻi has not recognized a cause of action for "spoilation of evidence"; (9) *Monell* claim against the County fails as force was constitutional; and (10) issue preclusion by way of *res judicata* and/or collateral estoppel based on the dismissal in the Burton Lawsuit. No resolution to any of the Counts/claims could be reached during the conference with the exception that Plaintiffs indicated they will reevaluate some of the

issues raised in the conference to determine whether to pursue certain causes of action, however Plaintiffs intend to oppose any dismissal based on res judicata/collateral estoppel grounds.

Dated: Kailua-Kona, Hawai'i, February 17, 2023.

/s/ Mark D. Disher
MARK D. DISHER
Deputy Corporation Counsel
Attorney for Defendants