IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ERIN LERETTE, individually and as guardian and next friend of minor child, B.T.B.; and TRISTAN T. BURTON,<br><br>        Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF HAWAIʻI; *et. al.*,<br><br>        Defendants. | CIVIL NO. 20-00202 JAO-RT<br>(Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon the following via electronically through CM/ECF on February 17, 2023:

MYLES S. BREINER, ESQ.                    myles@breinerlaw.net
Law Offices of Myles S. Breiner
1003 Bishop Street, Suite 2150
Honolulu, Hawaiʻi 96813

TERRANCE M. REVERE, ESQ.         terry@revereandassociates.com
CLARISSE M. KOBASHIGAWA, ESQ.   clarisse@revereandassociates.com
PAUL V.K. SMITH, ESQ.               paul@revereandassociates.com
Revere & Associates
Pali Palms Plaza
970 N. Kalaheo Ave., Suite A301
Kailua, Hawaiʻi 96734

*Attorney for Plaintiffs*
ERIN LERETTE, individually and as
guardian and next friend of minor child,
B.T.B.; and TRISTAN T. BURTON

DATED: Kailua-Kona, Hawaiʻi, February 17, 2023.

                                             /s/ Mark D. Disher
                                             MARK D. DISHER
                                             Deputy Corporation Counsel
                                             Attorney for Defendants