IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| ERIN LERETTE, Individually and on behalf of Minor B.T.B; and TRISTAN BURTON,<br><br>           Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HAWAI'I; et. al.,<br><br>           Defendants. | CIVIL NO. 20-00202 JAO-RT (Other Non-Vehicle Tort)<br><br>DECLARATION OF PAUL V.K. SMITH<br><br><br><br>TRIAL DATE: December 11, 2023 |

## DECLARATION OF PAUL V.K. SMITH

Paul V.K. Smith, being first duly sworn upon oath, deposes and says:

1.    I am an attorney licensed to practice law in the state and federal courts of the State of Hawaii. I make this Declaration on personal knowledge.

2.    Attached as Exhibit "1" is a true and correct copy of the expert witness report of Andrew Tallmer.

DATED: Honolulu, Hawaii, April 7, 2023.

                                          ___/s/ Paul V.K. Smith_____
                                          PAUL V.K. SMITH