IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| ERIN LERETTE, Individually and on behalf of Minor B.T.B; and TRISTAN BURTON,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF HAWAI'I; et. al.,<br><br>        Defendants. | CIVIL NO. 20-00202 JAO-RT (Other Non-Vehicle Tort)<br><br>CERTIFICATE OF WORD COUNT<br><br><br><br><br><br>TRIAL DATE: December 11, 2023 |

## CERTIFICATE OF WORD COUNT

I HEREBY CERTIFY THAT, the instant Memorandum in Opposition to Motion for Judgment on the Pleadings contains 6,177 words, no including case caption.

DATED: Honolulu Hawaii, April 7, 2023.

                              /s/Paul V.K. Smith
                              TERRANCE M. REVERE
                              PAUL V.K. SMITH
                              Attorneys for Plaintiffs