IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| ERIN LERETTE, Individually and on behalf of Minor B.T.B; and TRISTAN BURTON,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HAWAI'I; et. al.,<br><br>　　　　　　Defendants. | CIVIL NO. 20-00202 JAO-RT (Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br><br>TRIAL DATE: December 11, 2023 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on today's date, a true and correct copy of the foregoing document was duly served on the following individual electronically via CME/ECF to their last known address below:

ELIZABETH A. STRANCE
Corporation Counsel
LAUREEN L. MARTIN
Deputy Corporation Counsel Section Chief
MARK D. DISHER
LERISA L. HEROLDT
Deputies Corporation Counsel
Office of the Corporation Counsel
County of Hawai'i
101 Aupuni Street,
Suite 325

Hilo, Hawaiʻi 96720
E-mail: mark.disher@hawaiicounty.gov

Attorneys for Defendants COUNTY OF HAWAIʻI, LUKE WATKINS, PAUL T. ISOTANI, and LANDON TAKENISHI, in their individual capacity

DATED: Honolulu Hawaii, April 7, 2023.

        /s/Paul V.K. Smith
        TERRANCE M. REVERE
        PAUL V.K. SMITH
        Attorneys for Plaintiffs