# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00202-JAO-RT |
| CASE NAME: | Erin Lerette, et al. v. City and County of Hawaii, et al. |
| ATTYS FOR PLA: | Paul Smith* |
| ATTYS FOR DEFT: | Mark Disher* |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 06/29/2023 | TIME: | 10:00 - 10:10 a.m. |

COURT ACTION:   EP: TELEPHONE CONFERENCE held on 6/29/2023.

Discussion had regarding ECF [109] *Defendants' Motion to Amend the Third Amended Rule 16 Scheduling Order [ECF NO. 95] to Extend the Dispositive Motions Deadline* ("Motion").  Court inclined to decide motion at this time.  Parties agree.

After careful consideration of the *Motion*, within the context of the records and files, relevant legal authority, and representations and arguments of counsel, the Court finds good cause and **GRANTS IN PART** the *Motion* and **EXTENDS** the dispositive motions deadline from 7/3/2023 to **7/24/2023**.  Trial date and all other deadlines to remain.

These minutes will stand in place of a separate written order.

As to parties' willingness to revisit settlement discussions, Mr. Disher reports Defendants will need ruling on anticipated motion for summary judgment prior to re-engaging in settlement discussions.  Plaintiffs remain amenable to settlement discussions.  Parties confirm Settlement Conference set for 9/8/2023 not likely to be productive.

The Court CONVERTS the Telephonic Settlement Conference set for 9/8/2023 at 10:00 a.m. before Magistrate Judge Trader to Telephonic Status Conference on the same date and time.  No submissions required.  Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference.  Call-in instructions are below:

Dial in number:    1-833-568-8864 (toll-free).
Meeting ID:        161 5641 6035.

Further settlement discussions on call.

*Submitted by: Lian Abernathy, Courtroom Manager*